## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANDIN FEUSS and CHRISTOPHER NADY,<br><br>*Plaintiffs*,<br><br>v.<br><br>ENICA ENGINEERING, PLLC and REED BERINATO,<br><br>*Defendants*. | C.A. No. 2:20-cv-2034-KM-JBC<br><br>**CONSENT JUDGMENT AND ORDER** |

As a result of settlement of this action, Plaintiffs Sandin Feuss and Christopher Nady (collectively, "Plaintiffs") and Defendants Enica Engineering, PLLC and Reed Berinato (collectively, "Defendants") hereby stipulate and agree, subject to the approval of the Court, as follows:

IT IS ORDERED, ADJUDGED, and DECREED that:

1. This Court has jurisdiction over the parties and subject matter of the above-captioned action;

2. The above-captioned action, including all claims and affirmative defenses as set forth therein, is dismissed with prejudice;

3. No damages, attorneys' fees, or costs shall be ordered in this action; and

4. This Court shall have continuing jurisdiction over any disputes that may arise between Plaintiffs and Defendants relating to this Consent Judgment.

1

Date: March 20, 2023

| | |
|---|---|
| /s/*Stacie L. Ropka* <br> Stacie L. Ropka, Ph.D. <br> AXINN, VELTROP & HARKRIDER LLP <br> 90 State House Square <br> Hartford, CT 06103 <br> 860.275.8100 <br> sropka@axinn.com <br><br> *Attorney for Plaintiffs* | /s/ *Matthew W. Howell* <br> Matthew W. Howell <br> ALSTON & BIRD LLP <br> One Atlantic Center <br> 1201 West Peachtree Street <br> Suite 4900 <br> Atlanta, GA 30309-3424 <br> 404.881.7349 <br> matthew.howell@alston.com <br><br> *Attorney for Defendants* |

SO ORDERED this 21st day of March, 2023.

/s/ Kevin McNulty
_____
Hon. Kevin McNulty
U.S. District Judge

2